# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

147784

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARTER TOWNSHIP OF YPSILANTI,
      Plaintiff-Appellee,

v

DAVID KIRCHER,
      Defendant-Appellant.

SC: 147784
COA: 313193
Washtenaw CC: 10-001260-CZ

_____/

      On order of the Court, the application for leave to appeal the August 21, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

h0127